# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN THE INTEREST OF D.M.                    NO. 2023 KW 0208


**MAY 25, 2023**

---

In Re:    D.M., applying for supervisory writs, Juvenile Court, Parish of St. Tammany, No. 9706-JJ.

---

**BEFORE:    GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED.** A pleading's nature is determined by its substance and not its caption. See **State ex rel. Lay v. Cain**, 96-1247 (La. App. 1st Cir. 2/14/97), 691 So.2d 135, 137. Counsel's attack on the constitutionality of the requirement that juvenile offenders convicted of aggravated sex offenses must register for life is in the nature of a request for postconviction relief. See **State in Interest of A.N.**, 2018-01571 (La. 10/22/19), 286 So.3d 969.

JMG
EW
SMM

COURT OF APPEAL, FIRST CIRCUIT

_Dana S. Bui_
DEPUTY CLERK OF COURT
FOR THE COURT